# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: CHARLES KANE                                          Chapter 13
          Debtor                     :
                                          :             Bankruptcy No. 22-12020

## ORDER

AND NOW, this _____ day of November, 2022, upon consideration of the Debtor's Motion to Reconsider Dismissal Order, it is HEREBY ORDERED that said motion is GRANTED. The Order dated October 11, 2022 is hereby vacated and the Bankruptcy is REINSTATE.

BY THE COURT:

_Ashely M. Chan_
Ashely M. Chan
United States Bankruptcy Judge

**Date: November 16, 2022**